# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:                                              :
                                                    :
                                                    :
Neil W. Steinhorn                                   :   MISC. CASE NO. 90-mc-4134
                                                    :   (DISCIPLINARY)
                                                    :
Respondent.                                         :
********************************************************************

### ORDER OF REINSTATEMENT

Neil W. Steinhorn, Esquire, was admitted to practice before the bar of this Court on January 4, 1974. On December 5, 1991, Respondent was disbarred from the practice of law in this Court. On January 30, 2014, Respondent filed a Petition for Reinstatement under Local Rule 705.4. The matter having been considered by the Court; it is therefore

ORDERED by the United States District Court for the District of Maryland, that the Petition for Reinstatement be and hereby is GRANTED, and that Neil W. Steinhorn, Esquire, be replaced on the register of attorneys permitted to practice before this Court after payment of the current membership renewal fee to the Clerk of Court.

The Clerk is directed to send a certified copy of this Order to Respondent by regular mail. The Clerk shall also notify the National Discipline Data Bank of this Order.

Date: March 5, 2014

Deborah K. Chasanow, Chief Judge
United States District Court